IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY RAY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUN TRUST BANK, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:10-CV-1300-TWT |

ORDER

    This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending granting the Plaintiffs' Motion to Proceed in Forma Pauperis [Doc. 1] and dismissing the action with prejudice for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

    SO ORDERED, this 9 day of June, 2010.

                                                 /s/Thomas W. Thrash
                                                 THOMAS W. THRASH, JR.
                                                 United States District Judge